[No. 24749-6-II. Division Two. November 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR MARIO FERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-01358-7, Daniel J. Berschauer, J., entered June 4, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25604-5-II. Division Two. November 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO GARCIA-RUIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00841-1, Stephen M. Warning, J., entered February 10, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25675-4-II. Division Two. November 2, 2001.]

BART IAN RYLANDER, *Appellant*, v. TANA HASART, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-03506-8, James D. Ladley, J., entered February 18, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Bridgewater, JJ.